No. 85–2058. ELIZEY *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 85–2059. WINSLOW *v.* BOARD OF MORGAN COUNTY COMMISSIONERS. Ct. App. Colo. Certiorari denied.

No. 85–2061. GAMBINO ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–2063. RIGGS *v.* ORR, SECRETARY OF THE AIR FORCE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–2066. DOYLE ET AL. *v.* SUFFOLK COUNTY ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–2069. WEXLER ET UX., INDIVIDUALLY AND ON BEHALF OF THEIR CHILD, WEXLER *v.* WESTFIELD BOARD OF EDUCATION. C. A. 3d Cir. Certiorari denied.

No. 85–2070. O'CONNOR *v.* PRINS ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–2072. SANDS *v.* CUNNINGHAM, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 85–2075. PATZER ET AL. *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 85–2076. RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–2078. THUNA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 85–2080. GRACE *v.* HEARTLAND TRANSPORTATION, INC. C. A. 8th Cir. Certiorari denied.

No. 85–2084. COFFEY ET AL. *v.* PIERSON ET UX. Ct. App. Ky. Certiorari denied.

No. 85–2085. BEAUDRY MOTOR CO. *v.* ABKO PROPERTIES, INC., ET AL. C. A. 9th Cir. Certiorari denied.